USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

USAO Number: 2015R19979
Magistrate Number:

SUPERSEDING INDICTMENT

United States Courts
Southern District of Texas
FILED

~~MAR 2 8 2017~~

Filed ~~David J. Bradley, Clerk of Court~~

No. H-17-116

Judge: *Rosenthal*

UNITED STATES of AMERICA

vs.

**ATTORNEYS:**

**ABE MARTINEZ, ACTING USA**     **(713) 567-9000**

MELISSA ANNIS, AUSA          (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| STEPHEN E. STOCKMAN (1-12, 14-22, 24, 27-28) | ☐ | ☐ |
| JASON T. POSEY (3-4, 8-13, 22-27) | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

Counts 1-8: Mail and Wire Fraud [18 U.S.C. §§ 1341, 1343, and 2]

Count 9: Conspiracy to Make Conduit Contributions and False Statements [18 U.S.C. § 371]

Counts 10-11: False Statements [18 U.S.C. § 1001(a)(2)]

Count 12: Making Excessive Contributions [52 U.S.C. §§ 30116(a)(1)(A), 30116(a)(7)(B)(i),

and 30109(d)(1)(A)(i) and 18 U.S.C. § 2]

Count 13: Falsification of Records [18 U.S.C § 1519]

Counts 14-26: Money Laundering [18 U.S.C. § 1957]

Page 2 of 2

CHARGE:  Count 27: Money Laundering [18 U.S.C. § 1956(a)(1)(B)(i)

(TOTAL)
(COUNTS:)  Count 28: Filing False Return [26 U.S.C. § 7206(1)]

( 28 )

**PENALTY:**

Counts 1-8: Up to 20 years imprisonment, $250,000 fine,  3 years supervised release, $100 special assessment per count.
Count 9: Up to 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment.
Counts 10-11: Up to 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment per count
Count 12: Up to 5 years imprisonment, $250,000 fine, 5 years supervised release, $100 special assessment.
Count 13: Up to 20 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment.
Counts 14-26: Up to10 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment per count
Count 27: Up to 20 years imprisonment, $500,000 fine or twice the value of the property involved in the transaction whichever is greater, and up to 2 years supervised release,  $100 special assessment.
Count 28: Up to 3 years imprisonment, $100,000 fine, 1 year supervised release, $100 special assessment per count.

☐ In Jail

☐ On Bond

☐ No Arrest

**NAME & ADDRESS
of Surety:**

**PROCEEDINGS:**