**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-17-116 |
| | § | |
| STEPHEN E. STOCKMAN | § | |

**O R D E R**

Defendant Stephen Stockman filed an unopposed motion for continuance, (Docket Entry No. 43). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Interim Pretrial conference is set for: | **June 19, 2017, at 10:00 a.m.** |
| Second Interim Pretrial conference is set for: | **August 21, 2017 at 9:00 a.m.** |
| Third Interim Pretrial conference is set for: | **October 16. 2017 at 9:00 a.m.** |
| Motions are to be filed by: | January 4, 2018 |
| Responses are to be filed by: | January 18, 2018 |
| Final Pretrial conference is reset to**:** | **January 22, 2018 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **January 29, 2018 at 9:00 a.m.** |

SIGNED on April 26, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge