IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-17-116 |
| | § | |
| STEPHEN E. STOCKMAN | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the First Interim Pretrial Conference set for June 19, (Docket Entry No. 45). The motion for continuance is GRANTED. The conference is reset to **July 6, 2017 at 9:30 a.m.**

SIGNED on April 28, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge