United States District Court
Southern District of Texas
**ENTERED**
November 17, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:17-cr-116 |
| STEPHEN E. STOCKMAN | § § § | |

## ORDER

The United States filed an Unopposed Motion for Leave to File Overlength Response. (R. Doc. 105). In connection with Defendant Stephen Stockman's motions to dismiss the First Superseding Indictment and related motions, (R. Docs. 92-97), the United States requests leave to submit a single omnibus response exceeding the 25-page limit set by this Court's local rules and procedures. The defendant does not oppose the motion. The Court finds good cause to grant leave to the United States to submit a single response in excess of the Court's 25-page limit. The motion for leave to file an overlength response is GRANTED.

Signed this 16th day of November 2017 in Houston, Texas.

_____
THE HONORABLE LEE H. ROSENTHAL
CHIEF UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS