IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | 4:17-cr-116 (2) |
| | § | (Hon. Lee H. Rosenthal) |
| STEPHEN STOCKMAN | § | |

**UNOPPOSED MOTION TO EXTEND DEADLINE
FOR FILING REPLY TO GOVERNMENT'S RESPONSE IN OPPOSITION**

COMES NOW STEPHEN STOCKMAN, DEFENDANT, through Counsel Sean Buckley and Gary Tabakman, and files this Motion to Extend Deadline for Filing Reply to Government's Response in Opposition, showing the Court as follows:

**1. The Government filed a Response to Defendant's pretrial motions, and Defendant intends to file a Reply.**

On November 16, 2017, the Government filed a 68-page consolidated Response to Defendant's pretrial motions. [Doc. 106]. Defendant intends to file a Reply, but the deadline for filing is currently November 23, 2017 (Thanksgiving Day). Defendant respectfully requests permission to file his Reply by Monday, November 27, 2017. The Government has stated it is Unopposed to this request.

**2. Request for relief.**

Defendant Stephen Stockman respectfully requests an extension of the deadline to file his Reply to the Government's Response in Opposition [Doc. 106] until Monday, November 27, 2017.

Respectfully submitted,

/s/ Sean Buckley
Sean Buckley
770 S. Post Oak Ln., Ste. 620
Houston, Texas  77056
TEL:  713-380-1220
FAX: 713-552-0746
buckleyfirm@gmail.com
State Bar No. 24006675

/s/ Gary Tabakman
Gary Tabakman
JP Morgan Chase Building
712 Main Street, Suite 2400
Houston, Texas 77002
TEL:  713-228-8500
FAX:  713-228-0034
gary@bdslawfirm.com
State Bar No. 24076065

## CERTIFICATE OF CONFERENCE

I certify that on November 20, 2017 I discussed this Motion with counsel for the Government.  AUSA Robert Heberle stated that the Government is UNOPPOSED.

/s/ Sean Buckley
Sean Buckley

## CERTIFICATE OF SERVICE

I certify that on this the 22nd day of November, 2017 I provided a copy of this Motion to the Government and all parties via the ECF system.

/s/ Sean Buckley
Sean Buckley