## JURY QUESTIONNAIRE

### Instructions for Jury Questionnaire

This questionnaire is designed to obtain information about your background as it relates to your possible service as a juror in this case.  It is intended to avoid asking these questions of each prospective juror in court and thereby to shorten the jury selection process.  The purpose of these questions is to determine whether prospective jurors can impartially decide this case based upon the evidence presented at trial and the instructions on the law given by the presiding judge. The questions are not intended to inquire unnecessarily into personal matters.  All answers and information will be kept confidential and under seal.

Please print your juror number clearly at the top of each page.  Answer each question as fully and completely as possible.  Your complete candor and honesty is necessary so that both the prosecution and the defense will have a meaningful opportunity to select an impartial jury. Your cooperation is of vital importance.

You are sworn to give true and complete answers to the questions.  Those answers will be available only to the Court and the parties in this case.  You are instructed not to discuss this case or the questionnaire with anyone, including your family and fellow jurors.

If you need additional space for your responses, or want to add comments to any of your answers, please use the explanation sheets attached to the back of your questionnaire.  Please keep in mind that there are no "right" or "wrong" answers, only complete and incomplete answers.  Complete answers are far more helpful than incomplete answers.

The questions contained in this questionnaire are intended only to provide the Court and the parties with information about you and your views.  Unless the question states otherwise, the fact that a particular question is asked does not imply that the subject matter of the question is an issue in this case.  As you read the questions, you are not to draw any inferences about the issues which must be decided in this case.

At this time, you are instructed and required not to conduct _any_ outside research regarding the defendant or this case, including Internet research.  You may not discuss this information with anyone, including family members, friends, and fellow prospective jurors.  You may not share information about your service as a juror with anyone, including on social media websites, blogs, or the like.  These obligations will continue in force until the Court expressly instructs you otherwise.

Please fill out the entire questionnaire.  Do not leave any questions blank.  If a question does not apply to you in any way, write "N/A" rather than leaving the form blank.

PLEASE PRINT LEGIBLY — PLEASE USE ONLY BLACK INK

Juror Number _____

## Personal Information

1. Name: _____

2. Sex: _____

3. Date of Birth: _____

4. Place of Birth: _____

## Residence

5. Address: _____

6. Length of time at current address: _____

7. How long have you lived in the Houston area? _____

## Family Background

8. Please indicate your marital status:

    _____    Single and never married

    _____    Currently married and have been for ___ years

    _____    Single, but married in the past for ___ years

    _____    Single, but living with a companion for ___ years

    _____    Widowed, but married in the past for ___ years

    _____    Other: _____

9. If you have children, please list them:

| Age | Live with you? | Education | Occupation |

1) _____

2) _____

2

Juror Number _____

3) _____

4) _____

5) _____

## **Education**

10. Check the highest level of education for you and your spouse or companion:

|   |   | You | Spouse/Companion |
|---|---|---|---|
| a. | Grade school or less | _____ | _____ |
| b. | Some high school | _____ | _____ |
| c. | High school graduate | _____ | _____ |
| d. | Technical or business school | _____ | _____ |
| e. | Some college | _____ | _____ |
| f. | College degree | _____ | _____ |
| g. | Graduate degree | _____ | _____ |

11. How many total years of schooling did you complete? _____

12. How many total years of schooling did your spouse or companion complete?

_____

13. If you attended high school, what high school(s) did you attend?

_____

If you attended college, or received a graduate degree, identify all colleges and graduate schools you attended.  Also identify your major field of study and any degrees received.

_____

_____

## **Employment**

14. Are you employed?

Yes _____      No _____

Juror Number _____

List your employment below for the past five years, including any periods of unemployment, beginning with the most recent:

(a) Employer's Name: _____

    a.  Dates Employed: _____

    b.  Place of Employment: _____

    c.  Job Title: _____

    d.  Brief Job Description: _____

        _____

(b) Employer's Name: _____

    a.  Dates Employed: _____

    b.  Place of Employment: _____

    c.  Job Title: _____

    d.  Brief Job Description: _____

        _____

(c) Employer's Name: _____

    a.  Dates Employed: _____

    b.  Place of Employment: _____

    c.  Job Title: _____

    d.  Brief Job Description: _____

        _____

15. If you are currently unemployed, please describe other responsibilities that you have (such as childcare, school):

_____

4

Juror Number _____

16. Is your spouse or companion who lives with you employed?

    Yes _____     No _____

List below any employment held by your spouse or companion during the past five years, including any periods of unemployment, beginning with the most recent:

(a) Employer's Name: _____

      a.  Dates Employed: _____

      b.  Place of Employment: _____

      c.  Job Title: _____

      d.  Brief Job Description: _____

          _____

(b) Employer's Name: _____

      a.  Dates Employed: _____

      b.  Place of Employment: _____

      c.  Job Title: _____

      d.  Brief Job Description: _____

          _____

(c) Employer's Name: _____

      a.  Dates Employed: _____

      b.  Place of Employment: _____

      c.  Job Title: _____

      d.  Brief Job Description: _____

          _____

Juror Number _____

17. What is or was your father's occupation? _____

_____

18. What is or was your mother's occupation? _____

_____

19. Please provide the following information about your brothers and sisters, if any:

<table>
<tr><td></td><td><u>Age</u></td><td><u>Sex</u></td><td><u>School or Occupation</u></td></tr>
<tr><td>1)</td><td colspan="3">_____</td></tr>
<tr><td>2)</td><td colspan="3">_____</td></tr>
<tr><td>3)</td><td colspan="3">_____</td></tr>
<tr><td>4)</td><td colspan="3">_____</td></tr>
<tr><td>5)</td><td colspan="3">_____</td></tr>
</table>

20. Do you now or have you ever worked for a local, state, or federal government agency?

Yes _____     No _____

If yes, what is the agency, what was your position, and when did you hold that position?

_____

_____

_____

21. Have you or any member of your immediate family ever served as an officer, director, or employee of a charitable or nonprofit organization?

Yes _____     No _____

6

Juror Number _____

If yes, please provide the name of the organization, the position(s) held, and the period of time in which you or your immediate family member served in that position(s).

_____

_____

_____

22. This trial is expected to begin on March 19, 2018, and to last several weeks, during which you would be required to be present in court from 8:00 a.m. to 5:00 p.m. on weekdays.  A trial of this length is a hardship on virtually every juror.  Would serving as a juror in a trial of this length cause an extraordinary hardship for you?

Yes _____        No _____

If yes, please explain:

_____

_____

_____

**Military Service**

23. Have you or your spouse or companion ever served in the armed forces?

Yes _____        No _____

If yes, please answer the following both as to yourself and/or your spouse or companion:

|  | You | Spouse/Companion |
|---|---|---|
| Branch and highest rank | _____ | _____ |
| Dates of service | _____ | _____ |

24. Were you ever involved in any way in the investigation, prosecution, or defense of a court-martial?

Yes _____ No _____

Juror Number _____

## **Criminal Justice Experience**

25. Have you, any member of your family, or any close personal friend ever been the victim of, or a witness to a crime, whether or not that crime was reported to law-enforcement?

    Yes _____          No _____

    If yes, please describe who and the circumstances of the crime, including the approximate date:

    _____

    _____

    _____

    If yes, do you feel that the police or other law-enforcement personnel handled the situation appropriately?

    _____

    _____

    _____

26. Have you, any member of your family, or any close personal friend ever been involved in a crime involving fraud, embezzlement, or theft?

    Yes _____          No _____

    If yes, please describe who was involved and the circumstances of the crime, including the approximate date:

    _____

    _____

    _____

Juror Number _____

If yes, do you feel that the police or other law-enforcement personnel handled the situation appropriately?

_____

_____

_____

27. Have you, a member of your family, or any close personal friend ever been accused of a crime or been a defendant in any criminal action (felony or misdemeanor)?

Yes _____     No _____

If yes, please explain:

_____

_____

_____

Were you satisfied with the way the matter was handled by law-enforcement and the court?

Yes _____     No _____

If no, please explain:

_____

_____

_____

28. Have you ever been convicted of a felony (a crime carrying punishment of greater than one year imprisonment) or any crime involving dishonesty or fraud?

Yes _____     No _____

If yes, when?

_____

Juror Number _____

If yes, please describe the nature of the criminal conviction:

_____

_____

_____

29. Are any criminal charges pending against you now?

Yes _____          No _____

If yes, please explain:

_____

_____

_____

30. Have you ever had to appear in court, or in any court proceeding, as a plaintiff, defendant, victim, or witness for any reason other than you have already explained above?

Yes _____     No _____

If yes, please state when and explain why you appeared in court:

_____

_____

_____

31. Have you ever been questioned in any matter by any federal, state, or local law enforcement agency or agent (including the U.S. Department of Justice ("DOJ"), Federal Bureau of Investigation ("FBI"), Drug Enforcement Administration ("DEA"), Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF"), Internal Revenue Service ("IRS"), Immigration & Naturalization Service ("INS"), Customs Service, Department of Homeland Security ("DHS"), Texas Department of Public Safety, or local police department)?

Yes _____ No _____

Juror Number _____

If yes, what was/were the name/s of the law enforcement agency or agencies with which you had contact?

_____

Were you satisfied with the way the matter was handled by the law enforcement agency or agent?

Yes _____   No _____

If no, please explain:

_____

_____

_____

32. Do you have any impressions, opinions, or beliefs about police, federal law enforcement agencies, the U.S. Department of Justice, the FBI, or law enforcement agencies generally that could cause you either to lean in favor of the government or to lean against the government?

Yes _____        No _____

If yes, please explain:

_____

_____

_____

_____

33. Have you, or do you expect to, become involved in any legal action or dispute with the United States, or any officers, agents, or employees of the United States?

Yes _____        No _____

Juror Number _____

If yes, please explain:

_____

_____

_____

34. Have you, or any of your immediate family members or members of your household, ever been employed by any local, state, or federal law-enforcement agency?

Yes _____      No _____

If yes, please explain who was employed, and which agency was involved:

_____

_____

35. A number of the witnesses at trial may be members of law-enforcement agencies. The judge will instruct you to consider and evaluate those persons' testimony just as you consider every witness's testimony. Despite that instruction, do you feel that because of any attitudes about, or experiences with, law-enforcement officers, you would be either *more* willing or *less* willing to believe the testimony of a law-enforcement officer simply because of his or her status as a law-enforcement officer?

Yes _____      No _____

If yes, please explain:

_____

_____

_____

## **Legal and Jury Experience**

36. Have you ever served as a juror at a trial before?

Yes _____      No _____

Juror Number _____

    (a)    If yes, please complete the following for each trial on which you served as a juror:

| Criminal or civil case | Charges/ Allegations | What year did you serve? | Where did you serve? | Did the Jury reach a verdict? |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |

    (b)    Have you ever served as a jury foreperson?

        Yes _____    No _____

    (c)    Have you ever served as a juror on a grand jury?

        Yes _____    No _____

    (d)    Was there anything about your previous jury or grand jury service which would make you not want to serve again?

        Yes _____ No_____

        If yes, please explain:

        _____

        _____

### **Legal Training / Employment**

37. Have you, your spouse or companion, any member of your immediate family, or any close personal friends ever worked as a lawyer, for a lawyer, or in a law office?

    Yes _____ No _____

Juror Number _____

If yes, please provide the position held and describe what kind of practice the lawyer or law office engaged in (e.g., criminal, civil, corporate, etc.):

_____

_____

38. Have you, your spouse or companion, any member of your immediate family, or any close personal friends had any legal training, including law courses at the undergraduate or graduate level, paralegal programs, or on-the-job training?

Yes _____      No _____

If yes, please explain:

_____

_____

## **Instructions of the Court**

39. As potential jurors, you will be instructed not to conduct any outside research regarding this case, including Internet research.  You will also be instructed not to discuss this case with anyone, including friends and family members, unless and until you are given permission to do so by the Court.  Do you believe that you would be able to follow these instructions?

Yes _____      No _____

If no, please explain:

_____

_____

_____

40. The jury will be instructed that the defendant is presumed to be innocent throughout the trial and that the defendant cannot be found guilty of any offense unless and until the government has proven each element of that offense beyond a reasonable doubt.  Would you find it difficult for any reason to obey that instruction?

Yes _____      No _____

14

Juror Number _____

      If yes, please explain:

_____

_____

_____

41. An indictment is a document that describes the charges of which a defendant is accused. If you are chosen to serve as a juror in this case, the Court will instruct you that the indictment in this case may not be considered by you as any evidence whatsoever establishing the defendant's guilt.  Would you find it difficult for any reason to obey that instruction?

      Yes _____        No _____

      If yes, please explain:

_____

_____

_____

42. The law requires that the government prove the defendant's guilt "beyond a reasonable doubt," not to a mathematical certainty.  Would you hold the government to a higher or greater burden of proof than "beyond a reasonable doubt" — for example, "beyond all doubt" or "beyond any doubt" — before you could return a guilty verdict?

      Yes _____        No _____

      If yes, please explain:

_____

_____

_____

Juror Number _____

43. In this case, the government may call as witnesses one or more alleged accomplices of the defendant, who have pleaded guilty to serious crimes as part of a plea agreement with the government.  The judge will instruct you that such plea bargaining has been approved as lawful and proper, and is expressly provided for in the rules of this Court.  The judge will also instruct you that such testimony is always to be received with caution and weighed with great care, but that the testimony of such a witness may alone be of sufficient weight to sustain a verdict of guilty.

Would you find it difficult for any reason to consider the testimony of such individuals in the manner instructed by the judge?

Yes _____        No _____

If yes, please explain:

_____

_____

_____

44. The jury will be instructed that a defendant in a criminal case has a constitutional right to testify, or not to testify in his own defense; that the burden of proof is always on the government; that a defendant is under no obligation to present any evidence; and that no inference or suggestion of guilt can be drawn against a defendant because he elects not to testify or present evidence.  Would you find it difficult for any reason to obey that instruction?

Yes _____        No _____

If yes, please explain:

_____

_____

_____

## **Personal Traits**

45. Do you have any difficulty speaking, understanding, reading, or writing English?

Yes _____        No _____

Juror Number _____

If yes, please explain:

_____

_____

46. Do you have any difficulty in sight or hearing, or do you have any other medical condition, disability, or disease that would make jury service a hardship for you?

Yes _____        No _____

If yes, please explain:

_____

_____

_____

47. Are you or any of the members of your family currently being treated for a medical illness that would prevent or impair your jury service?

Yes _____        No _____

If yes, please explain:

_____

_____

48. Do you have any moral, religious, or ethical beliefs that would prevent you from sitting in judgment of another person as a juror in a criminal trial?

Yes _____        No _____

If yes, please explain:

_____

_____

_____

17

Juror Number _____

## **Hobbies, Other Interests, and Media Consumption**

49. What newspapers, periodicals, and magazines do you regularly read?

_____

_____

50. What television or radio programs do you regularly watch or listen to?

_____

_____

51. How often do you watch television news or listen to radio news?

_____

52. How often do you read a newspaper?

_____

53. How often do you get news from the Internet?

_____

    If you rely on the Internet for news and information, what blogs or websites do you regularly visit for such information?

_____

_____

54. Please list the names of all organizations to which you or your spouse currently belong and are actively involved with, including civic clubs, unions, societies, fraternal organizations, and professional organizations.

_____

_____

_____

Juror Number _____

55. If you hold an office or official position in any of these organizations, please state the organization and the position.

_____

_____

56. If you do volunteer work, please indicate the organization(s) for which you volunteer, and describe the services you provide.

_____

_____

_____

57. Do you regularly contribute money or services to any charitable organization(s)?

Yes _____      No _____

If yes, please explain:

_____

_____

58. Have you, or has any member of your immediate family, ever run for or held public office?

Yes _____      No _____

If yes, please provide the office, location and tenure:

_____

_____

_____

19

Juror Number _____

59. List political groups and political lobbying groups you and your spouse have supported financially.

_____

_____

_____

60. Have you, or has any member of your immediate family, ever volunteered for or been employed by a campaign for public office?

Yes _____      No _____

If yes, please provide the position(s) held in the campaign and the dates during which the position(s) were held:

_____

_____

_____

## **Knowledge of the Case**

The following pages contain information regarding the case for which you may be selected to serve as a juror.  At this time, you are instructed and required not to do *any* outside research regarding the defendant or this case, including Internet research.  You may not discuss this information with anyone, including family members, friends, and fellow prospective jurors. You may not share information about your service as a juror with anyone, including on social media websites, blogs, or the like.  These obligations will continue in force until the Court expressly instructs you otherwise.

In this case, the defendant, Stephen E. Stockman, a former member of the U.S. House of Representatives, is charged with mail fraud, wire fraud, conspiracy, making false statements, making excessive campaign contributions, money laundering, and filing a false tax return.  This case has received some publicity.

61. Have you seen, heard, or read any press coverage of this case?

Yes _____      No _____

Juror Number _____

If yes, please summarize the information you recall from that press coverage:

_____

_____

_____

62. Would any information that you have heard, received, or read from any source affect your ability to be fair and impartial if you are selected to serve as a juror in this case?

Yes _____      No _____

If yes, please explain:

_____

_____

_____

63. Have you, any immediate family member or member of your household, or any close personal friends had any contact whatsoever with the defendant, Stephen E. Stockman?

Yes _____      No _____

If yes, please explain:

_____

_____

_____

64. Please review the list attached to this questionnaire (LIST TO BE PROVIDED) that provides the names of persons whom you may hear about during the trial.  Do you, or any immediate family member or member of your household, know or have any connection with any of the individuals listed?

Yes _____      No _____

Juror Number _____

> If yes, please explain:

> _____

> _____

> _____

65. In this case, the United States will be represented by Melissa Annis, Ryan Ellersick, and Robert Heberle.  Do you know, or have you had any contact, either social or professional, with Ms. Annis, Mr. Ellersick, or Mr. Heberle?

> Yes _____          No _____

> If yes, please explain:

> _____

> _____

> _____

66. The defendant in this case is represented by Sean Buckley and Gary Tabakman.  Do you know, or have you had any contact, either social or professional, with Mr. Buckley or Mr. Tabakman?

> Yes _____          No _____

> If yes, please explain:

> _____

> _____

> _____

67. Do you have any opinions about this criminal case or Mr. Stockman, which would make it difficult for you to be a fair and impartial juror?

> Yes _____          No _____

Juror Number _____

If yes, please explain:

_____

_____

_____

68. Do you have any personal views, opinions, or beliefs that would make it difficult for you to be a fair and impartial juror in this case?

Yes ____        No ____

If yes, please explain:

_____

_____

_____

69. One of the charges in the indictment is that the defendant filed a false tax return.  Do you have any views about the tax laws of the United States or the Internal Revenue Service ("IRS") that would make it difficult for you to be fair and impartial and to apply the law, as the Court instructs you, with respect to this alleged offense?

Yes ____        No ____

If yes, please explain:

_____

_____

_____

70. Have you or anyone close to you ever been involved politically with or against Mr. Stockman?

Yes ____        No ____

23

Juror Number _____

If yes, please explain:

_____

_____

_____

71. Have you or anyone close to you ever made a campaign contribution to Stephen E. Stockman or provided services (including volunteer work) for a campaign by Stephen E. Stockman?

Yes _____      No _____

If yes, please explain:

_____

_____

_____

72. Have you or anyone close to you ever attended a fundraiser or political rally in support of or in opposition to Stephen E. Stockman?

Yes _____      No _____

If yes, please explain:

_____

_____

_____

73. Have you or anyone close to you made a contribution to a legal-defense fund for Stephen E. Stockman?

Yes _____      No _____

Juror Number _____

If yes, please explain:

_____

_____

_____

74. Is there anything else that you think the Court should know that might influence your ability fairly and impartially to judge the evidence in this case and to apply the law as instructed by the Court?

Yes _____      No _____

If yes, please explain:

_____

_____

_____

_____

75. Is there any additional information not asked in this questionnaire that you feel the judge or the lawyers should know about before you are considered for jury service?

Yes _____      No _____

If yes, please explain:

_____

_____

_____

_____

Juror Number _____

## Explanation Sheet

     If you need more space for your responses, or wish to make further comments regarding your answers, please use these Explanation Sheets.  Be sure to indicate the number of the question you are answering before you write your response.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Juror Number _____

<u>AFFIRMATION</u>

I, _____, hereby declare under penalty of perjury that the foregoing answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others, or received assistance in completing the questionnaire.  I have answered all of the above questions in this Jury Questionnaire myself.

Executed in the Southern District of Texas, on this _____ day of _____ 2018.

_____
Signature