David A. Warrington, Esquire
Kutak Rock LLP
███████████████████████████
██████████████████

      The Defense may call David A. Warrington, a licensed and practicing attorney in the field of business, commercial, political, and nonprofit litigation. The Defense anticipates Mr. Warrington's testimony will address, among other things, lawful and accepted practices in fundraising by nonprofit organizations, lawful and accepted practices in expenditures by nonprofit organizations, and lawful and accepted campaigning practices of candidates for federal political office. The basis and reasons for any opinions are his knowledge and experience in these areas of law and regulation and may include his examination of particular transactions in this case. Mr. Warrington's qualifications are publicly known, and will be forthcoming in greater detail shortly upon undersigned's receipt of his CV.

Sidney Powell, Esquire
Sidney Powell P.C.
███████████████████████████
██████████████

      The Defense may call Sidney Powell, a licensed and practicing attorney in the field of trial and appellate litigation. The Defense anticipates Ms. Powell's testimony will address, among other things, an overview of general investigative techniques used by the government when interviewing prospective government witnesses and preparing said witnesses to testify, and lawful and accepted campaigning practices of candidates for federal political office. The basis and reasons for any opinions are her knowledge and experience in these areas of law, regulation, policy, and practice, and may include her examination of particular transactions in this case. Ms. Powell's qualifications are publicly known, and will be forthcoming in greater detail shortly upon undersigned's receipt of her CV.