September 17, 2010

To: Congressman Steve Stockman

Dear Steve and Tom,

Enclosed is a check to the Ross Center for $100,000.00, as I understand that it is a qualified foundation under Section 501C3 of the Internal Revenue code, so this is a contribution to them.

I have appended a list of people who may benefit if material gets to people who could be supporters of their policies or philosophies.

In one instance, I hope to learn whether the people in Nevada intend to make use of factual information that has been printed in the National and/or Nevada newspapers or information that has been published in the past and vetted since it was published.

Kindest regards,

[signature redacted]


Cc: Tom Dodd (Vanguard Organization)