IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | 4:17-cr-116 (2) |
| | § | (Hon. Lee H. Rosenthal) |
| STEPHEN STOCKMAN | § | |

## **STOCKMAN'S PROPOSED VOIR DIRE**

COMES NOW STEPHEN STOCKMAN, DEFENDANT, through Counsel Sean Buckley and Gary Tabakman, and files this Proposed Voir Dire. Defendant Stockman respectfully requests permission to query the jury panel on the following topics with the following proposed questions:

## **Proof Beyond a Reasonable Doubt**

1. Presumption of Innocence

    A defendant is presumed innocent unless he is proven guilty beyond a reasonable doubt. The fact that Steve Stockman has been indicted by a grand jury in this case has no bearing on that presumption of innocence.

    a. Do you feel that Steve Stockman probably did s*omething* wrong or he wouldn't have been indicted?

    b. Do you feel that Steve Stockman is probably guilty of *something*?

    c. Without having heard any evidence in this case, but knowing that Steve Stockman has been indicted by a grand jury, if I asked for your verdict right now, what would it be: guilty, or not guilty?

1

2. Burden of Proof

In the United States, the Government has the burden of proving its case beyond a reasonable doubt; the Defendant in a criminal case never has the burden of proving his innocence, and he is not required to offer any evidence at all, if he chooses not to.

    a. Do you feel that a criminal defendant should be *required* to put on a defense, so the jury can hear his side?

    b. Would you tend to hold it against Steve Stockman if he (or I) decided not to put on a defense in this case?

## **The Right Not to Testify**

3. Steve Stockman is Not Required to Testify

In our legal system, all defendants have the right to testify in their own defense, and they also have the equal right NOT to testify if they decide not to, for any reason. There are many reasons why a defendant might decide not to testify in his own defense, having nothing to do with whether a defendant is guilty or not. The law also says that if a defendant decides not to testify in his own defense, you cannot hold it against him in any way.

    a. Do you feel that if someone is charged with a serious crime, and he is innocent, he should always testify in his own defense?

    b. Feeling as you do, are you certain that you can follow the law, which is that you must never consider a defendant's decision not to testify and hold it against him in any way?

    c. Even if this turns out to be a close case, can you be certain that the defendant's decision not to testify, if he doesn't, wouldn't help nudge you over to the side of the prosecution?

## **Weight Given to Witnesses**

4. Would you give the testimony of a federal agent more weight than the testimony of a regular civilian?

5. Are a person's political views important to you when deciding their credibility as a witness?

**Political Bias**

The Defendant is a political figure with distinct political views that may become known to you during this case. It is important that you can commit to setting your own political views aside, so you as jurors can ensure Steve Stockman receives a fair trial.

6. Do you believe that your own political views might be so passionate that you would have trouble setting them aside, if you come to learn during trial that they conflict with Steve Stockman's political positions?

7. Can you commit to giving Steve Stockman a fair trial, and giving him the benefit of the doubt in this case, even if you discover that you strongly disagree with his politics?

Respectfully submitted,

/s/ Sean Buckley
Sean Buckley
770 S. Post Oak Ln., Ste. 620
Houston, Texas 77056
TEL: 713-380-1220
FAX: 713-552-0746
buckleyfirm@gmail.com
State Bar No. 24006675

Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I certify that on this the 7th day of March, 2018 I provided a copy of the foregoing Defense Witness List, to counsel for the United States of America and all parties, via the ECF system.

/s/ Sean Buckley
Sean Buckley
