IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | 4:17-cr-116 (2) |
| | § | (Hon. Lee H. Rosenthal) |
| STEPHEN STOCKMAN | § | |

## STOCKMAN'S EXHIBIT LIST

| Exhibit No. | Description | Offered | Admitted |
| --- | --- | --- | --- |
| 1 | Articles of Incorporation: The Ross Center | | |
| 2 | Articles of Incorporation: Life Without Limits | | |
| 3 | Congressional Freedom Foundation Proposal dated January 24, 2013 | | |
| 4 | Note from the Desk of Dick Uihlein dated January 24, 2013 | | |
| 5 | Check from Ed Uihlein Family Foundation to Life Without Limits, signed by Richard Uihlein and dated January 24, 2013 | | |
| 6 | Letter from Jason Posey on Life Without Limits letterhead dated May 13, 2013 | | |
| 7 | Letter from the Internal Revenue Service regarding Life Without Limits dated November 29, 2011 | | |
| 8 | Email thread between Jason Posey and Chuck Burns dated July 25, 2015 – July 27, 2015 | | |
| 9 | Email from powercodeday@gmail.com to bwetmore@gmail.com dated March 24, 2013 at 2:18 p.m. | | |
| 10 | Email from bwetmore@gmail.com to powercodeday@gmail.com dated March 24, 2013 at 3:49 p.m. | | |

Respectfully submitted,

/s/ Sean Buckley
Sean Buckley
770 S. Post Oak Ln., Ste. 620
Houston, Texas  77056
TEL:  713-380-1220
FAX: 713-552-0746
buckleyfirm@gmail.com
State Bar No. 24006675

Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on this the 7th day of March, 2018 I provided a copy of the foregoing Defense Witness List, to counsel for the United States of America and all parties, via the ECF system.

/s/ Sean Buckley
Sean Buckley