# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **NO. 4-17-CR-00116** |
| | § | |
| **STEPHEN STOCKMAN** | § | |

## NOTICE OF ATTORNEY APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, CHARLES FLOOD, of the law firm of Flood & Flood, and gives notice that he is appearing as co-counsel for Defendant Stephen Stockman.

Respectfully submitted,

*/s/ Charles Flood*
Charles Flood
Email: charles@floodandflood.com
Federal I.D. No. 22508
FLOOD & FLOOD
914 Preston at Main, Suite 800
Houston, TX 77002
(713) 223-8877
(713) 223-8879 fax

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2018 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Charles Flood*
Charles Flood