UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:17-CR-116-S |
| | § | |
| STEPHEN E. STOCKMAN, | § | |

## UNITED STATES' SUPPLEMENTAL REQUESTED VOIR DIRE QUESTIONS

TO THE HONORABLE LEE H. ROSENTHAL:

COMES NOW, the United States of America, by and through the United States Attorney for the Southern District of Texas, Ryan K. Patrick and the Department of Justice Public Integrity Section, Acting Chief AnnaLou Tirol and requests the following questions be submitted to the jury panel:

1. The charges in the indictment include alleged violations of the campaign finance laws. Does any juror have a strong opinion about how or whether federal campaign financing should be regulated and subject to criminal penalties?

2. Does any juror feel that Members of Congress, including former Members, should get special or different treatment in the criminal justice system?

    a. Would you hold the United States to a higher burden of proof because the Defendant was a Member of Congress during a portion of the time covered by the indictment?

3. Are there any particular types of forensic evidence you would require the United States to produce before rendering a verdict of guilty?

4. Regardless of your political beliefs or other strong opinions you may hold, can you base your verdict in this case upon the evidence and testimony admitted by the Court, giving each party the benefit of a fair and impartial trial?

1

Respectfully submitted,

| | |
|---|---|
| RYAN K. PATRICK | ANNALOU TIROL |
| United States Attorney | Acting Chief, Public Integrity Section |
| | |
| *s/Melissa Annis* | *s/Ryan Ellersick* |
| Melissa Annis | Ryan J. Ellersick |
| Assistant United States Attorney | Robert J. Heberle |
| | Trial Attorneys |
| | Public Integrity Section |
| | Criminal Division |
| | United States Department of Justice |

CERTIFICATE OF SERVICE

A true and correct of the Government's Proposed Jury Instructions were provided to counsel for the defendant via electronic service.

                                                                 s/Melissa J. Annis
                                                                 Melissa J. Annis