**AO 435**
(Rev. 04/11)

Administrative Office of the United States Courts

## TRANSCRIPT ORDER

*Please Read Instructions:*

| | | |
|---|---|---|
| 1. NAME Robert Heberle | 2. PHONE NUMBER 202/514-1412 | 3. DATE 3-19-18 |

| 4. MAILING ADDRESS 1400 New York Ave. NW | 5. CITY Washington | 6. STATE DC | 7. ZIP CODE 20530 |
|---|---|---|---|

| 8. CASE NUMBER 4:17-CR-116-2 | 9. JUDGE Rosenthal | DATES OF PROCEEDINGS |
|---|---|---|
| | | 10. FROM 3-19-18   11. TO |

| 12. CASE NAME USA v. Stockman | LOCATION OF PROCEEDINGS |
|---|---|
| | 13. CITY Houston   14. STATE TX |

**15. ORDER FOR**

- [ ] APPEAL
- [x] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [x] VOIR DIRE | | [x] TESTIMONY (Specify Witness) All witnesses | |
| [x] OPENING STATEMENT (Plaintiff) | | | |
| [x] OPENING STATEMENT (Defendant) | | | |
| [x] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [x] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [x] JURY INSTRUCTIONS | | [x] OTHER (Specify) Entire trial Proceedings | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | | |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [x] | | | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE

19. DATE

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY