## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| V. | § | NO. 4-17-CR-00116 (2) |
| | § | (Hon. Lee H. Rosenthal) |
| STEPHEN STOCKMAN | § | |

## DEFENDANT STOCKMAN'S FINAL EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | ADMITTED |
| --- | --- | --- |
| 1 | 8/05/2013 Invoice from Accounting Systems Automation Professionals/Rabih Zeidan to Life Without Limits, Attn: Jason Posey | 3/21/2018 |
| 2 | 1/27/2014 Email thread between Larry Pratt and Tim Macy, Subject: "Uihlein" | 3/27/2018 |
| 3 | 1/31/2014 Email from Larry Pratt to Tim Macy, Subject: "Stockman Independent Expenditure" | 3/27/2018 |
| 4 | *inadvertently left blank* | |
| 5 | Photo of Tom Dodd with children of Republic of South Sudan | 3/29/2018 |
| 6 | Photo of Steve Stockman with children of Republic of South Sudan | 3/29/2018 |
| 7 | Photo outside of Juba Teaching Hospital in South Sudan | 3/29/2018 |
| 8 | Photo of patient in Juba Teaching Hospital South Sudan | 3/29/2018 |
| 9 | *inadvertently left blank* | |
| 10 | *inadvertently left blank* | |
| 11 | 2/3/2012 Email from Steve Stockman to Christian Lefer, Subject: "question" | 4/2/2018 |
| 12 | 2/6/2012 Life Without Limits Assumed Name Records Certificate of Ownership for Unincorporated Business or Profession | 4/2/2018 |
| 13 | Photo of campaign staff and volunteers | 4/3/2018 |
| 14 | 2/23/2013 Email thread between Thomas Dodd and Jason Posey, Subject: "revised Ted Nugent meeting request letter" | 4/4/2018 |
| 15 | 3/6/2013 Email from Jason Posey to Thomas Dodd, Subject: "Freedom Foundation" | 4/4/2018 |

| 16 | 3/06/2013 Email from Jason Posey to Thomas Dodd, Subject: "House" | 4/4/2018 |
| 17 | 3/06/2013 Email from Jason Posey to Thomas Dodd, Subject: "Freedom House" | 4/4/2018 |
| 18 | 3/06/2013 Email from Jason Posey to Thomas Dodd Subject: Hill House | 4/4/2018 |

Respectfully submitted,

*/s/ Sean Buckley*
Sean Buckley
Email:buckleyfirm@gmail.com
State Bar No. 24006675
770 S. Post Oak Ln., Ste. 620
Houston, Texas  77056
(713) 380-1220
(713) 552-0746 fax


*/s/ Gary Tabakman*
Gary Tabakman
Email: gary@bdslawfirm.com
State Bar No. 24076065
JP Morgan Chase Building
712 Main Street, Suite 2400
Houston, Texas 77002
(713) 228-8500
(713) 228-0034 fax


*/s/ Charles Flood*
Charles Flood
Email: charles@floodandflood.com
Federal I.D. No. 22508
FLOOD & FLOOD
914 Preston at Main, Suite 800
Houston, TX 77002
(713) 223-8877
(713) 223-8879 fax

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 5, 2018 I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                              */s/ Charles Flood*