# UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

USA

v.

Stockman

CASE NUMBER 4:17-cr-116-2

United States District Court
Southern District of Texas
**FILED**
MAY 08 2018

CD exhibit kept in Houston file room.

~~David J. Bradley, Clerk of Court~~

---

**DOCUMENT IS:**

☐ LOOSE IN FILE

☐ IN VAULT SEALED

☑ IN BROWN EXPANDABLE FOLDER

INSTRUMENT #_____