The Honorable Lee Rosenthal, Chief District Judge
U.S. District Court, Southern District of Texas
515 Rusk Street
Houston, TX  77002


Dear Judge Rosenthal,

I'm Steve Stockman's first cousin, two years his senior. Today I'm writing as a representative of my parents, myself, and our families--to make an appeal on his behalf.

We've been keeping Steve in prayer throughout his four-year investigation and trial, and are aware of the jury's verdicts on April 12.  We also know of your order to place Steve in immediate custody because you believe him to be a flight risk.

Our appeal is not only that you would reconsider your decision and release him from his present custody, but that when August arrives, you would sentence him to a term of probation and service to others.  That way he could achieve good things and meet various needs in society.

I've known Steve all my life. Yes, he is a world traveler, but I will stake my reputation on this declaration: Steve knows it would be a grave mistake to leave the country.

Since I value my reputation and my integrity, I don't put them on the line without thought.

Both Steve and I come from parents and grandparents who honor close relationships; both of us have followed in their footsteps and honored our own close relationships.  Our grandparents loved and cared for each other all their lives, as did Steve's parents.  My own parents, who are in their nineties, are still living at home, where my mother cares for my father.  He is pretty much an invalid, and it isn't easy for Mom, but Dad doesn't want to go to a nursing home, so Mom does her best.  They are hoping that Steve and Patti will be able to celebrate their 70th wedding anniversary with them in May.

As for myself, my husband Paul and I were married in 1976. In March 2002, Paul fell from a short flight of stairs onto the parking lot of the church he pastored. He sustained internal head injuries which put him into a coma for 2 ½ months. When he awoke, he could no longer walk or think clearly. I've taken care of Paul since his fall, and brought him home from the nursing home in July 2007. Since then I've cared for him 24/7.

Your honor, I'm telling you this to underscore my ability to recognize the integrity it takes to maintain long-term relationships with others.

I see this same type of grounded love and commitment in the relationship between Steve and Patti. Not only are they committed to each other, but to their loved ones.  When Steve's

father came down with Alzheimer's, Steve saw to his father's care, taking care of him in his own home for a couple of years.

Since the mid-eighties, and especially since their own parents have passed on, Steve and Patti have enjoyed a close relationship with my parents, and have looked to them as role models. They've spent time with them at various times of the year, bought them gifts, delighted in their friendship.

Over the years, my cousin and his wife have demonstrated love and concern for us as well.

When Paul was in rehab (in Philadelphia, PA) Steve and Patti visited us at the hospital. Later, they came to see us where we lived in Reading, PA, when Paul was staying at the nursing home. Patti stayed with us for a week in February 2003. Then, when we relocated to Texas in the summer of 2003, we had to fly down.

Steve and Patti volunteered to drive our car here from Pennsylvania. They paid for the gas--and other expenses--out of their own pockets. Before they left, they helped me put together our daughter's bunk bed, among other things. At a time where our lives were in chaos, their love and kindness for us and their practical help was a godsend.

Patti herself has worked as a trusted and valued employee of NASA for over 33 years. She is not about to let her agency down by leaving the country. Besides, both Steve and Patti have drained their resources for this case. At this point, they have no other way to survive financially than through her job. Patti will continue to work at NASA here in Texas, and Steve will continue to live at her side. Even if they desired separation (and they don't!) they would have no means to maintain separate residences.

Beyond these facts, it is not in my cousin's character to leave the country against court orders. Rather than fleeing adversity, he faces challenges head-on, regardless of the cost. Win or lose, he perseveres.

Given the aspects of Steve's character, his connection to an irreproachable wife, and his circumstances, I am grieved over Steve's incarceration. That's why I respectfully ask you to reconsider your view of his trustworthiness, and allow him the freedom to attend to personal matters before (and after) his August 17 sentencing.

Thank you, Your Honor, for taking the time to consider my input, although I realize you are under no obligation to do so.

Sincerely,

*Marcia Koelln*

Marcia Koelln

# Laique Rehman



April 17, 2018

The Honorable Lee Rosenthal, Chief District Judge
U.S. District Court, Southern District of Texas
515 Rusk Street
Houston, TX 77002

Dear Judge Rosenthal,

I am a small business owner from Houston who has known Steve Stockman for many years.

I had met Steve Stockman and Patti 18 years ago at the home of one of my gym mates who was running for office.  Steve's reputation had preceded him and being a minority I already had preset image of him as a right-wing extremist in my mind.  I was surprised to find a very likable open minded individual with a self-deprecating sense of humor. I find him respectful of all religions and all races.

Over the years, we became good friends and he is like my family and I talk to him regularly several times a week.  My respect for Steve grew on the way he set aside his career and single handedly while Patti was in Washington took care of his aging father who was suffering from Alzheimer's.  Steve has lived a simple life, lives in a cheap house, wears the same old clothes and usually the soles of his shoes are worn out even when he was a congressman.  His tastes have remained simple in or out of office. For him wine and dine means a happy meal at McDonald.

Steve and I served together on Indonesian and Pakistani American Chambers of Commerce.  Steve was immensely popular in both the chambers for the work he did in helping commerce between the countries.

Throughout the years, I have known Steve I have seen him lead a very thrifty low budget lifestyle and was taken aback by the accusations made against him when I came to court.  Those of us who knew Steve across religious (Christian, Muslim, Jewish, Hindu, Sikh, Buddhist etc.) and racial lines were disappointed at him being locked up immediately after the verdict.  My mother who his 90 years old was very shook up when she heard about it.

Given the verdict and he is likely facing substantial years in prison, my friends, family, and I are greatly distressed that he does not have this time to make preparations with and for his family to live without him.

Having known Steve for years and as much as he loves his country he is not a flight risk and he is the first one who will want to stay here to eventually clear his name.

I respectfully request you to graciously reconsider your decision to hold him in custody until his sentencing period.

Sincerely Yours,

Laique Rehman



11300 S. Sam Houston Pkwy E.
Houston, Texas 77089
Tel: 281.481.8770
Fax: 281.484.9396
www.sagemontchurch.org

April 17, 2018

The Honorable Lee Rosenthal, Chief District Judge
U.S. District Court, Southern District of Texas
515 Rusk Street
Houston, TX 77002

Dear Judge Rosenthal,

By way of introduction, my name is Chuck Schneider and I am writing on behalf of Congressman Steve Stockman. I first met Steve approximately 20 years ago. He was new to the congress having just defeated longtime incumbent Jack Brooks. At that time, Steve and Patti were active members of First Baptist Church of Houston and his congressional district included most of the Sagemont Church membership where I am a pastor. During those early years, Steve and I became personal friends and, at times, political adversaries. I publicly supported Steve because I believed his faith in God, his love of our country, his traditional values and his servant's heart was good for our community. However, as a school board trustee for the Clear Creek Independent School District, I didn't always see "eye to eye" with Steve politically. He looked at things through a "macro" perspective where, as a school board trustee, I felt that I had a more "micro" insight on particular issues. Hence, there were times we disagreed. Judge Rosenthal, it was during those times of disagreement that I really began to respect Steve. Whenever we disagreed, he would initiate a lunch and we would talk through our issues. It was during this time that I saw that Steve was a wise man. He was willing to listen…. a rare commodity for a politician. I had always admired Steve because he was a Congressman but it was during that timeframe of our relationship that I began to respect Steve as a person of integrity.

In 2012, Steve and Patti began attending Sagemont Church. To be honest, I was a little skeptical of their attendance. As I stated, I respected Steve but it has been my experience that many politicians "go to church" because it looks good on their resume. Over time, I found that not to be the case with the Stockmans. Their attendance was regular; they even attended Sunday School. I came to understand that the Stockman's attendance was more than just "perfunctory." It was who they were as Christians. They didn't go to church to win the approval of man, they go to church to worship their God and grow in their faith. During their time at Sagemont, I've never once seen Steve "campaigning." Judge, it has been during this timeframe that I've come to know Steve as a "regular guy." I've personally never seen any character trait that would suggest that Steve went into politics for "monetary gain." In fact, I've seen firsthand the modest, frugal lifestyle of the Stockmans and their generosity toward the less fortunate.

living proof of a loving God to a watching world

The Honorable Lee Rosenthal, Chief District Judge
Page 2
April 17, 2018

In 2014, Steve asked if ▓▓▓▓ (my wife) and I would host an intern for the summer. As empty nesters, we felt it would be an honor to do so. Our intern was a young woman named ▓▓▓▓ from Groton, Massachusetts. She was a recent high school grad and it was her first time away from home…on her own. She received a wonderful education that summer working with many interns from around the country. To this day, we are still in touch with ▓▓▓ and she has grown into a beautiful young woman who loves serving our country.

Judge Rosenthal, I would respectfully ask that you reconsider the immediate incarceration of Steve. As a pastor for 32 years in one of Houston's largest churches, I would think that I have some capacity to judge the character of others. Judge, I can honestly say that I cannot imagine any circumstance in which Steve would flee from the American judicial system. In fact, I would stake my personnel reputation on this statement. Judge, in the "old days" nations would hold a hostage as a proxy until differences were reconciled. While I don't think that is legal today…..I will submit to you that I will be a kind of proxy on behalf of Steve. I will candidly state to you that I believe Steve Stockman to be absolutely NO flight risk. While I don't think I can take his place if he does flee, I will pledge to you that if you release him from his present incarceration pending his appeal, if he does flee, I will resign my position as Executive Pastor at Sagemont Church immediately. I feel that strongly that Steve is no threat in trying to escape. I believe that if you graciously release Steve from his incarceration, it will allow him the opportunity to adequately prepare for his appeal.

"Thank you," Judge Rosenthal, for considering my request and for your service to our great country.

Sincerely,

*Chuck Schneider*

Chuck Schneider
Executive Pastor
Sagemont Church

April 16, 2018

The Honorable Lee Rosenthal, Chief District Judge
U.S. District Court, Southern District of Texas
515 Rusk Street
Houston, TX 77002

Re: Honorable Steve Stockman

Dear Judge Rosenthal,

I am a sixth generation descendent of a Goliad survivor (James Walker Moore), who after losing my children in an unwanted divorce to a millionaire's daughter, had given up on the "system". But in 1994, I met Steve Stockman and was immediately welcomed into his campaign, house, and "campaign headquarters" (his very small garage).

I was shocked at the efficiency and low cost of Steve's successful campaign. It consisted mainly of the organized work and reaching out to every house in the district by volunteers which became so efficient that the night before the actual election, a large group of grassroots volunteers was actually capable of distributing literature to the house of each voter in the entire congressional district. If I remember correctly, this successful campaign was carried out with approximately $300,000 to the over $1 million dollars spent by his opponent.

My faith in "the system" had been restored because I saw that the little person in America COULD defeat rich power brokers. I travelled with my teenage son to Steve's swearing-in ceremony in Washington. My son had helped in the 1994 campaign and I wanted him to see that "America worked."

<u>I have personally witnessed Steve's unwillingness to be bought</u>. The third hour after the swearing-in I was sitting in Mr. Stockman's Congressional office and witnessed a lobbyist walk in with a checkbook and ask Mr. Stockman "How much he needed, and what is your name?" Steve asked him who he represented, and the man said "It doesn't matter, I'll be back later and we'll talk." I was so proud when Steve ran the man out of his office and told him not to come back. I later watched the man walk into every office on that floor in the Rayburn building (most likely making the same offer).

<u>Throughout his term in office Steve stayed focused on the goal of properly representing the people of his district even though he was constantly under unwarranted attack by those who held opposite positions on issues</u>. Steve stayed upbeat, friendly, effective and available like no politician I had ever known and we became good personal friends.

Under Steve's tutelage, I went on to become a Republican precinct chairman, a state senatorial convention delegate, and a state delegate. Because of him, I was able to help change four laws so as to alleviate some of the problems preventing children from staying close to both parents when both parents are responsible parents (evidence available upon request).

Many of the volunteers I met in Steve's campaigns have gone on to serve in elected positions themselves, including positions on school board, county commission, and state board of education that I'm aware of. <u>Steve has been an amazing positive influence on others, inspiring them to become actively involved and responsible servants for our society</u>. Because Steve is not a wealthy man, but just

a guy who wants to make a difference in his country and who lives in a tract house in an unpretentious community, others realize the average guy who cares about his community or nation can make a difference.

I find Steve to be single mindedly interested in helping to make America successful. To me, his single mindedness, his unwillingness to "owe" those who want to direct his actions, and his inspiration of others to service demand a great deal of respect. <u>Steve's love for this country, his wife, God, and the citizens he represented will keep him from ever being a flight risk.</u>

I am a retired Professional Engineer with a Bachelor's Degree in Metallurgical Engineering from the Colorado School of Mines. Before retiring, I improved the strength of steel drill pipe by 30%, the toughness of drill pipe welds by 300%, and formed my own company. In my career, I have performed many forensic studies and provided testimony on failures, including the explosion at the former BP Refinery in Texas City. I conducted a peer review of the official Senate Report on the Deepwater Horizon failure, and many other important and often death related failures. Accurate failure analysis and truthfulness in my technical findings are critical to stopping future failures and loss of life.

I consider truth and accuracy in this letter to be just as important as the truth and accuracy of my forensics reports. AND, even more important, my children have grown up to be successful members of society partially due to their time spent with Steve and his wife. Because of their experiences with Steve, they believe that America IS still a place where you CAN be successful, and change what needs changing.

I sincerely and respectfully request that you re-evaluate your ruling to hold Steve in custody at this time. I know him very well and am quite positive he would have no intent to leave rather than pursue all possible avenues to clear his name and prove his innocence.

Sincerely,

*[signature]*

Richard Paul Wilson Jr.

# Cory Birenbaum

4-19-2018

The Honorable Lee Rosenthal

Chief District Judge

U.S. District Court, Southern District of Texas

515 Rusk Street

Houston, TX 77002

Dear Judge Rosenthal,

I write you today in support of releasing Steve Stockman pending his sentencing on August 17th. I have known Steve since the spring of 1992, when he came and spoke at a youth political organization that he had led some years earlier. In the summer of 1992 I volunteered on his second Congressional campaign before leaving to attend law school, and I became good friends with him then. Steve hired me to become a Special Assistant and eventually his Congressional Chief of Staff from July of 1995 until January of 1997. I have stayed friends with him since then.

One story worth noting relates to his campaign in the summer of 1992. As a campaign volunteer I worked very long hours, as did everyone else. One day a young man walked in and spoke to Steve. Steve then reached into his wallet and handed him money to purchase materials for the campaign, such as wooden posts to place campaign signs on and flyers.

When the young man left I asked Steve who he was, and Steve said that the man was a young person he knew who struggled mightily with debilitating alcoholism. I asked why he trusted the man to spend the money on campaign materials instead of using the money to drink. Steve said that everyone deserves a chance to turn their life around. Besides, perhaps Steve's trust in the young man could be the catalyst for a positive change in the young man.

Since then, Steve and his beloved wife Patti have celebrated with my family for meaningful events such as birthdays, our son's *bris*, and all three of our children's *bas mitzvahs*.

I attended parts of the trial and am aware that Steve was found guilty of 23 counts. However, I do not believe he is a flight risk if he were to be released pending sentencing. This is especially true since, presumably, he would be without his passport and with an ankle monitoring system.

If he is released I will stay in contact with him, as would others in the community. If Steve could receive probation, then he could focus on continuing some of the good deeds he has done. For example, at trial witnesses spoke about his charitable work, including bringing medical supplies to South Sudan. Steve could continue good deeds in the Houston area if he is not in prison.


Thank you for your consideration,


Cory Birenbaum

April 17, 2018

From:   J. Robin Clayton

To:   Honorable Lee H Rosenthal
U.S. District Court, Southern District of Texas
515 Rusk St # 11535
Houston, TX 77002

Re: Former Congressman Steve Stockman

Dear Judge Rosenthal,

My name is Robin Clayton. I have lived in the Houston-Galveston area all of my life. My wife and I have four grown children and seven grandkids. I have been employed by the National Aeronautics and Space Administration for over thirty years as a Resources Analyst. I have also served on a local School Board of Trustees, a non-partisan elected position. Prior to my employment at NASA, in 1987-88, I attended the University of Houston Clear Lake, earning a degree in Accounting. This is where I met Steve Stockman. He and I were both active in student government on campus there and became good friends. These days we are members of the same Church and we attend the same Bible study class. It is on Steve's behalf I am writing you.

I have observed over the years, Steve is the sort of man that can be friends with anyone. He has a gift for engaging other on their level and sharing his thoughts in a way that makes one comfortable to be around him. Steve's great passion is current events, in both the national and world, and a desire to make it better for all. His friends value his insight and understanding into what is happening around us.

Steve is also very modest about his service to others. I learned about his efforts to deliver medical supplies to Africa only recently. Another friend shared how Steve, at his own expense, found help for a young person with addiction issues and even stayed on a few days to make sure the environment was a good fit for everyone involved.

I am very much aware of the 23 counts for which Steve has been convicted and his pending sentencing this coming August. Nevertheless, I remain Steve's loyal friend. I have never known him to run from a challenge, but to face adversity straight on, in fact to charge head first into every conflict. This is why I know Steve is no flight risk. In fact, one of the strongest characteristics he possesses is the inner strength to face opposition and the trials of life. So, I am pleading with you to please reconsider Steve's incarceration until after sentencing.

Thank you for taking your time to consider this request.

Sincerely,

*J. Robin Clayton*

J. Robin Clayton