United States District Court
Southern District of Texas
**ENTERED**
July 20, 2020
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| VS. | § | CRIMINAL  NO. H-17-116-2 |
| | § | |
| | § | |
| | § | |
| STEPHEN E. STOCKMAN | § | |

## **O R D E R**

The defendant filed a letter motion for a compassionate release. (Docket Entry No. 463). The Court appoints the Federal Public Defenders Office to represent Mr. Stockman for this motion.. The Government must file a response to the motion by August 17, 2020.

SIGNED on July 20, 2020, at Houston, Texas.

_____

Lee H. Rosenthal

Chief  United States District Judge