# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

*WHEREAS* **STEPHEN E. STOCKMAN**, Reg. No. 23502-479, was convicted, in the United States District Court for the Southern District of Texas on an indictment (Docket No. 4:17CR00116-002) of violations of Sections 2, 371, 1001(a)(2), 1341, 1343, 1956(a)(1)(B)(i), and 1957, Title 18, Section 7206(1), Title 26, and Sections 30109(d)(1)(A)(i), 30109(d)(1)(D), 30116(a)(1)(A), 30116(a)(7)(B)(i), and 30122, Title 52, United States Code, for which a total sentence of 120 months' imprisonment, three years' supervised release, $1,014,718.51 restitution, and a special assessment of $2,300 was imposed on November 7, 2018; and

*WHEREAS* the said **STEPHEN E. STOCKMAN** has been confined continuously since November 30, 2018, and is presently incarcerated at the Federal Correctional Institution—Beaumont Low in Beaumont, Texas; and

*WHEREAS* it has been made to appear that the ends of justice do not require the said **STEPHEN E. STOCKMAN** to remain confined until his currently projected release date of December 28, 2026, and the safety of the community will not be compromised if he is released;

NOW, THEREFORE, BE IT KNOWN that I, **DONALD J. TRUMP**, President of the United States of America, in consideration of the premises, divers other good and sufficient reasons me thereunto moving, do hereby grant clemency to the said **STEPHEN E. STOCKMAN**: I commute the 120-month prison sentence imposed upon the said **STEPHEN E. STOCKMAN** to time served. I leave intact and in effect the remaining three-year term of supervised release with all its conditions, the unpaid balance of his $1,014,718.51 restitution obligation, if any, and all other components of the sentence.

**I HEREBY DESIGNATE**, direct, and empower, the Office of the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons, to the United States District Court for the Southern District of Texas, and to the said **STEPHEN E. STOCKMAN** a certified copy of this document as evidence of my action in order to carry into effect the terms of this grant.

**I ALSO DIRECT** the Bureau of Prisons, upon receipt of this warrant, to effect the immediate release of the said **STEPHEN E. STOCKMAN** with all possible speed.

**IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington in the District of Columbia this twenty-second day of December in the Year of Our Lord Two Thousand and Twenty and of the Independence of the United States the Two Hundred and Forty-fifth.*

**DONALD J. TRUMP**
**President**